

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00209-CR

Ramon **DAVIDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11312W
The Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Adrian A. Perez has filed a motion to withdraw as counsel for appellant. We **grant** the motion.

We **abate** this appeal and **remand** the case to the trial court to determine whether appellant is entitled to appointed counsel and, if so, to appoint appellate counsel. We further **order** the trial court to inform this court in writing of its decisions in this matter **no later than June 15, 2015**. All filing deadlines are abated until the appeal is reinstated on the docket of this court.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_Keith E. Hottle_
Clerk of Court